IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


**HOWARD G. MOORE,**                          **07-CV-926-BR**

      **Plaintiff,**                      **JUDGMENT OF REMAND**

**v.**

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security**
**Administration,**

      **Defendant.**


    Based on the Court's Opinion and Order (#   ) issued June 12, 2008, the Court hereby **REMANDS** this matter to the above administrative agency for further administrative proceedings.

    DATED this 12th day of June, 2008.

                                                 /s/ Michael W. Mosman

                                         ANNA J. BROWN
                                         United States District Judge

1 - JUDGMENT OF REMAND