DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

FILED'08 JUL 16 12:26USDC-ORP

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON

Howard Moore

        Plaintiff,

    vs.

Commissioner of Social Security

      _____Defendant._____

Civil No. 07-cv-00926-BR

ORDER GRANTING AWARD
OF EAJA FEES

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment

against defendant for expenses in the amount of $7.86, costs in the amount of $13.40, and

attorney's fees in the amount of $4387.12, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. §

1920.  Payment should be made to plaintiff's attorney

Done this 16th day of July , 2008.

_____
Judge

Page 1 - **ORDER GRANTING AWARD OF EAJA FEES**